In the Matter of LEONARD R. HANOWER, Respondent, against AUGUST N. GANDIA, as Treasurer of the City of Long Beach, Appellant.

(Submitted November 21, 1935; decided December 10, 1935.)

*Louis Boehm* and *Solomon C. Stember* for appellant.
*Harold M. Goldblatt* and *Samuel J. Siegel* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.   Not sitting: O'BRIEN, J.